**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carl Armstead JEFFERSON,
Defendant–Appellant.**

No. 14–6408.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Carl Armstead Jefferson, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Armstead Jefferson appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jefferson*, No. 3:10–cr–00221–HEH–1 (E.D.Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*